UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-10100-CIV-KING

THE KEY WEST TOURIST
DEVELOPMENT ASSOCIATION, *a
Florida corporation,*

    Plaintiff,

vs.

ZAZZLE, INC., *a California corporation*, WILLIAM D. KINZEY, JR. *also known as Wil D. Kinsey,*

    Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE

THIS MATTER comes before the Court sua sponte. Upon review of the case and being fully advised in the premises thereof, it is

ORDERED, ADJUDGED, and DECREED that a Status Conference Hearing is hereby set on **Monday, November 28, 2011, at 10:00 a.m.**, at the United States Courthouse, 301 Simonton Street, First Floor, Courtroom #1, Key West, Florida.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 23rd day of November, 2011.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
**Counsel for Plaintiff:**

**Charles W. Hanor**
Hanor & Associates
750 Rittiman Road
San Antonio, TX 78209
210-829-2002
Fax: 829-2001
Email: trademarks@hanor.com

**Hugh J. Morgan**
Law Office of Hugh J. Morgan
317 Whitehead Street
PO Box 1117
Key West, FL 33041
305-296-5676
Email: hugh@hjmorganlaw.com

**Counsel for Defendant:**

**Stephen James Binhak**
The Law Office of Stephen James Binhak, PLLC
2 S. Biscayne, Blvd., 35th Floor
Miami, FL 33131
305-361-5500
Fax: 305--967-612
Email: binhaks@binhaklaw.com

**William D. Kinzey, Jr.**
714 Emma St. Front
Key West, FL 33040
251-979-7935
PRO SE

2