UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE KEY WEST TOURIST
DEVELOPMENT ASSOCIATION, INC.,

    Plaintiff,

CASE NO. 10-Civ.-10100-King

vs.

ZAZZLE, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and (c) The Key West Tourist Development Association, Inc. and Zazzle, Inc. file this Joint Stipulation of Dismissal With Prejudice.

1. In October 2010, Key West Tourist Development Association, Inc. initiated this action by filing a Complaint against Zazzle, Inc. In January 2011, Key West Tourist Development Association filed an Amended Complaint against William D. Kinsey and Zazzle, Inc. In February 2011, Zazzle, Inc. filed an answer to the Amended Complaint.

2. Key West Tourist Development Association and Zazzle, Inc. have reached a settlement which fully resolves all claims between Key West Tourist Development Association and Zazzle, Inc. Defendant William D. Kinsey is not a party to the settlement.

3. In accord with the settlement agreement, the parties jointly request that the Court enter the proposed Order of Dismissal attached as Exhibit A.

4. The proposed order dismisses with prejudice all of Key West Tourist Development Association's claims against Zazzle, Inc. The proposed order reflects the fact that the parties will each bear their own costs and fees.

Respectfully Submitted,

Dated: November 8, 2012

                                **THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.**
2 South Biscayne Blvd., 35th Floor
Miami, Florida 33131
Telephone: (305) 361-5500
Facsimile: (305) 428-9532

By: /s/ Stephen James Binhak
Stephen James Binhak, Esq.
Florida Bar No. 0736491
binhaks@binhaklaw.com

**THE LAW OFFICE OF HUGH J. MORGAN**
317 Whitehead Street
Key West, Florida 33040
Telephone: (305) 296-5676
Facsimile: (305) 296-4331

By: /s/ Hugh J. Morgan
Hugh J. Morgan, Esq.
Florida Bar No. 0112362
hugh@hjmorganlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I electronically filed the foregoing motion with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Stephen James Binhak<br>
STEPHEN JAMES BINHAK

Hugh J. Morgan, Esq.
The Law Office of Hugh J. Morgan
317 Whitehead Street
Key West, Florida 33040
(305) 296-5676
(305) 296-4331 Facsimile

Joseph M. Albery
Joseph M. Albery, P.A.
309 Whitehead Street
Key West, Florida 33040
(305) 292-7272
(305) 292-7271 Facsimile

Charles Hanor
Hanor & Associates
Charles Hanor, P.C.
750 Rittiman Rd.
San Antonio, TX 78209
(210) 829-2002
(210) 829-2001 Facsimile

**By U.S. Mail**
William D. Kinsey, Jr.
714 Emma Street, Front
Key West, Florida 33040

THE LAW OFFICE OF STEPHEN JAMES BINHAK, P.L.L.C.,
2 South Biscayne Blvd., 35th Fl., Miami, FL   Tel. (305) 361.5500, Fax (305) 428.9532