UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 4:10-10100-CIV-KING/McALILEY

THE KEY WEST TOURIST
DEVELOPMENT ASSOCIATION,
*a Florida corporation*,

      Plaintiff,

v.

ZAZZLE INC., *a California corporation*,
and WILLIAM D. KINZEY, JR., also
known as Wil D. Kinsey,

      Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the January 9, 2013 Report and Recommendation ("R&R") of Magistrate Judge Chris McAliley (DE #57), recommending that Plaintiff's Motion for Damages and Attorney Fees (DE #41) be granted in part. More specifically, upon an analysis of the submitted evidence and applicable law, the R&R recommends that the Court award a total of $13,335.13 in statutory damages, fees and costs to the Plaintiff. (DE #57). Both parties have filed objections to the R&R.[1]

After a thorough review and consideration of the record, including the filed objections, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

---

[1] Defendant filed "Comments Regaurding [sic] Report and Recommendation on Motion for Damages and Attorney's Fees" on Jan. 22, 2013 (DE #58) and "Additional Comments Regaurding [sic] Report and Recommendation on Motion for Damages and Attorney's Fees" on Jan. 23, 2013 (DE #59). Plaintiff filed "Plaintiff's Objections to Report and Recommendations on Motion for Damages and Attorney Fees" on February 25, 2013 (DE #63).

1.  Magistrate Judge Chris McAliley's January 9, 2013 Report and Recommendation **(DE #57)** be, and the same is hereby, **AFFIRMED and ADOPTED**.

2.  Plaintiff's Motion for Damages and Attorney Fees **(DE #41)** be, and the same is hereby, **GRANTED in part** as detailed in the Report and Recommendation.

3.  Defendant's Comments Regarding Report and Recommendation on Motion for Damages and Attorney's Fees **(DE #58 and 59)** be, and the same are hereby, **OVERRULED**.

4.  Plaintiff's Objections to the Report and Recommendations on Motion for Damages and Attorney Fees **(DE #63)** be, and the same are hereby, **OVERRULED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of March, 2013.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
**Magistrate Judge Chris McAliley**

**Charles W. Hanor**
Hanor & Associates
750 Rittiman Road
San Antonio, TX 78209
210-829-2002
Fax: 829-2001
Email: trademarks@hanor.com

**Hugh J. Morgan**
Law Office of Hugh J. Morgan
317 Whitehead Street
PO Box 1117

2

Key West, FL 33041
305-296-5676
Email: hugh@hjmorganlaw.com

**Stephen James Binhak**
The Law Office of Stephen James Binhak, PLLC
2 S. Biscayne, Blvd., Suite 3570
Miami, FL 33131
305-361-5500
Fax: 305--967-612
Email: binhaks@binhaklaw.com

**William D. Kinzey, Jr., *PRO SE***
3370 Adams Ave.
Orange Beach, AL 36561